```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TWANNA COMER,

                Plaintiff,

          -v-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.
------------------------------------------------------------------X

**ORDER**

22-CV-1663 (ER) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated June 15, 2023 (Dkt. No. 18), Judge Ramos referred this case to me for settlement.  The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties and whether in-person or videoconference format is preferred, keeping in mind that the Court is unavailable until August 9, 2023.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.  For avoidance of doubt, all parties must agree to

proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

**SO ORDERED.**

Dated: June 16, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge